

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Deno E. Woodis

        **Plaintiff,**

V.

Law Office of Gary Marks; State of California

        **Defendant.**

Civil Action No.   17cv1527-LAB-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court dismisses this civil action both as frivolous and for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1) and denies leave to amend as futile. Rosati v. Igbinoso, 791 F.3d 1037, 1039 (9th Cir. 2015) and certifies that an IFP appeal from this Order would be frivolous and therefore, would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Date:   10/17/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher
        L. Fincher, Deputy